IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDSPEED ACQUISITION FUND GP, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOVEBID, INC., et al.,<br><br>　　　　Defendants.<br>_____ | No. C 05-3297 SBA<br><br>**ORDER**<br><br>[Docket Nos. 10, 11, 13, 15, 18, 19] |

　　　　On August 12, 2005, Plaintiff filed a complaint against defendants Dovebid, Inc. ("Dovebid"), Ross Dove ("Dove"), Bill Burnham ("Burnham"), and William Price ("Price") [Docket No. 1].

　　　　On October 28, 2005, defendant Dovebid filed a Motion to Dismiss, defendants Burnham and Price filed a Motion to Dismiss (collectively, "Joint Motions to Dismiss"), and defendant Dove joined in the Joint Motions to Dismiss. The Joint Motions to Dismiss were set for a January 24, 2006 hearing.

　　　　On November 17, 2005, Plaintiff filed a First Amended Complaint [Docket No. 20]. Also on that date, Plaintiff filed an Opposition to Defendants' Joint Motions to Dismiss. In the Opposition, Plaintiff requests that the Court deny the Joint Motions to Dismiss as moot.

　　　　By its very nature, the First Amended Complaint supersedes Plaintiff's initial complaint. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) ("The amended complaint supersedes the original, the latter being treated thereafter as non-existent."). The Court therefore finds that the Joint Motions to Dismiss have been rendered moot, and that it does not serve the interests of judicial economy to proceed on motions that are no longer directed at the operative complaint.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED THAT the Motion to Dismiss of Dovebid and the Motion to Dismiss of Burnham and Price are DENIED AS MOOT. The January 24, 2006 hearing on the Motions to Dismiss is

1  VACATED.

2  IT IS FURTHER ORDERED THAT the Case Management Conference originally scheduled for
3  **December 14, 2005 at 3:15 p.m.** is VACATED. The parties shall appear for a telephonic Case Management
4  Conference on **Wednesday, January 25, 2006 at 2:45 p.m.** The parties shall **meet and confer** prior to the
5  conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than
6  ten (10) days prior to the Case Management Conference. Plaintiff shall be responsible for filing the statement
7  as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the
8  above indicated date and time.

9  IT IS FURTHER ORDERED THAT Defendants are granted leave to respond to Plaintiff's First
10 Amended Complaint within fifteen (15) days of the date of this Order. Additionally, Plaintiff is expressly
11 reminded that, pursuant to Federal Rule of Civil Procedure 15, it may not file another amended complaint
12 without first seeking prior leave of Court. The parties are further reminded of their obligation to engaged in a
13 meaningful meet and confer prior to filing any motions with this Court.

14 IT IS SO ORDERED.

17 Dated: November 21, 2005     _____

18                               Saundra Brown Armstrong
19                               United States District Judge